IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA                                    PLAINTIFF

v.                          No. 4:13-cr-303-DPM

DAVID W. GRIGGS                                              DEFENDANT

ORDER

After considering all the 18 U.S.C. § 3553(a) factors, Griggs's opposed motion for early termination of supervised relief, № 3, is denied. 18 U.S.C. § 3583(e). No hearing is necessary. FED. R. CRIM. P. 32.1(c). Griggs missed restitution payments in November and December 2013. № 4. The conditions of his release are not onerous, № 1 at 42–43. Keeping him under the probation office's wing will help ensure he keeps making progress on his restitution obligation.

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

10 March 2014